# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Novack, Charles D. | Bankruptcy Court, Northern District of California | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1300 Clay Street, Courtroom 215
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/17/2017 | Thompson Reuters, payment for seminar participation | $500.00 |
| 2. 05/18/2017 | Thompson Reuters, payment for seminar participation | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nordstrom | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 (H) | | | | | | | | | |
| 2. | - Schwab Ad. Cash Reserve | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 3. | | | | | | Sold (part) | 02/22/17 | J | | |
| 4. | | | | | | Buy (add'l) | 02/27/17 | J | | |
| 5. | | | | | | Buy (add'l) | 03/15/17 | J | | |
| 6. | | | | | | Sold (part) | 04/05/17 | J | | |
| 7. | | | | | | Sold (part) | 06/15/17 | J | | |
| 8. | | | | | | Buy (add'l) | 07/03/17 | L | | |
| 9. | | | | | | Sold (part) | 07/05/17 | J | | |
| 10. | | | | | | Sold (part) | 07/07/17 | L | | |
| 11. | | | | | | Buy (add'l) | 08/03/17 | K | | |
| 12. | | | | | | Buy (add'l) | 08/04/17 | K | | |
| 13. | | | | | | Sold (part) | 08/08/17 | K | | |
| 14. | | | | | | Sold (part) | 08/10/17 | J | | |
| 15. | | | | | | Sold (part) | 09/19/17 | J | | |
| 16. | | | | | | Sold (part) | 10/05/17 | J | | |
| 17. | | | | | | Buy (add'l) | 12/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Accenture PLC Class A | A | Dividend | K | T | | | | | |
| 19. - Amgen Inc. (common) | A | Dividend | K | T | Buy | 07/03/17 | J | | |
| 20. -Canadian National Railways Co. (common) | A | Dividend | K | T | | | | | |
| 21. -Cummins, Inc. (common) | B | Dividend | K | T | | | | | |
| 22. - CVS Health Corp. (common) | A | Dividend | K | T | Buy | 06/14/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 24. -Estee Lauder Co, Inc., Classs A | A | Dividend | K | T | Buy | 07/03/17 | J | | |
| 25. -Factset Research System, Inc. (common) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 26. FedEx Corp. (common) | A | Dividend | K | T | Buy | 08/03/17 | K | | |
| 27. -Hormel (common) | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 28. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 29. - Magellan Midstream Partners (common) | B | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 30. - Metronic, Inc. (common) | A | Dividend | K | T | | | | | |
| 31. -Nike, Inc. (common) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 32. -Novo - Nordisk as ADR | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 33. - Sherman-Williams Co. (common) | A | Dividend | K | T | | | | | |
| 34. -Scripps Ntwk Interactive (common) | A | Dividend | | | Sold (part) | 07/28/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/31/17 | K | C | |
| 36. -Starbucks Corp. (common) | A | Dividend | K | T | Buy | 03/09/17 | K | | |
| 37. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 38. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 39. -TJX Companies (common) | A | Dividend | K | T | | | | | |
| 40. -T. Rowe Price Group (common) | A | Dividend | | | Sold | 03/09/17 | K | D | |
| 41. - Toro Company (common) | A | Dividend | K | T | Sold (part) | 06/14/17 | J | A | |
| 42. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 43. - Toronto Dominion Bank | B | Dividend | K | T | | | | | |
| 44. -United Health Group, Inc (common) | A | Dividend | K | T | Sold (part) | 09/18/17 | K | D | |
| 45. - Doubleline Total Return Bond Fund Cl 1 | B | Dividend | K | T | Buy (add'l) | 02/21/17 | K | | |
| 46. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 47. - Guggenheim Exch. TRD FD Bullet Shares 2017 Corp Bond ETF | A | Dividend | | | Sold | 02/21/17 | K | A | |
| 48. - Guggenheim ETF Bullet Shares 2018 Corp Bond | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 49. - Guggenheim ETF Bullet Shares 2019 Corp Bond | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 50. - Guggenheim ETF Bullet Shares 2020 Corp Bond | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 51. -Guggenheim ETF Bullet Shares 2021 Corp Bond | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Guggenehim ETF Bullet Shares 2022 Corp Bond | A | Dividend | K | T | Buy (add'l) | 07/03/17 | J | | |
| 53. -Guggenheim ETF Bullet Shares 2023 Corp Bond | A | Dividend | K | T | Buy | 02/21/17 | K | | |
| 54. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 55. - IShares 3-7 Year Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 06/14/17 | J | | |
| 56. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 57. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 58. - IShares Core S&P ETF Midcap | A | Dividend | L | T | | | | | |
| 59. -PIMCO Income Fund Institutional Class | C | Dividend | L | T | Buy (add'l) | 02/21/17 | J | | |
| 60. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 61. -Vanguard Intl. Equity Index | B | Dividend | L | T | | | | | |
| 62. - Vanguard REIT ETF | C | Dividend | L | T | Buy (add'l) | 07/03/17 | J | | |
| 63. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 64. - Vanguard Total Bond Fund Market ETF | B | Dividend | L | T | Buy (add'l) | 06/14/17 | J | | |
| 65. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 66. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 67. - Vanguard Total International Bond ETF | A | Dividend | | | Sold | 02/21/17 | K | A | |
| 68. - T. Rowe Price Emerging Markets Fund | B | Dividend | K | T | Buy (add'l) | 02/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 70. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 71. IRA #2 (H) | | | | | | | | | |
| 72. -Schwab Adv. Cash Reserve | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 73. | | | | | Sold (part) | 02/22/17 | J | | |
| 74. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 75. | | | | | Sold (part) | 03/14/17 | J | | |
| 76. | | | | | Sold (part) | 04/05/17 | J | | |
| 77. | | | | | Sold (part) | 07/05/17 | J | | |
| 78. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 79. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 80. | | | | | Sold (part) | 08/08/17 | J | | |
| 81. | | | | | Sold (part) | 08/11/17 | J | | |
| 82. | | | | | Sold (part) | 10/05/17 | J | | |
| 83. - Accenture PLC Class A | A | Dividend | K | T | | | | | |
| 84. - Amgen Inc. (common) | A | Dividend | J | T | Buy (add'l) | 06/14/17 | J | | |
| 85. - Canadian National Railways Co. (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Cummins Inc. | A | Dividend | K | T | | | | | |
| 87. - CVS Health Corp. (common) | A | Dividend | J | T | | | | | |
| 88. - Estee Lauder Co. Inc. (Class A) | A | Dividend | J | T | | | | | |
| 89. - Factset Research, Inc. (common) | A | Dividend | K | T | | | | | |
| 90. - FedEx Corp. (common) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 91. - Hormel (common) | A | Dividend | J | T | Buy (add'l) | 08/08/17 | J | | |
| 92. - Magellan Midstream Partners (common) | A | Dividend | J | T | | | | | |
| 93. - Medtronic, Inc. (common) | A | Dividend | J | T | | | | | |
| 94. - Nike, Inc. (common) | A | Dividend | J | T | | | | | |
| 95. - Novo Nordisk as ADR | A | Dividend | J | T | | | | | |
| 96. - Toronto Dominion Bank | A | Dividend | K | T | | | | | |
| 97. - Sherman Williams Co. (common) | A | Dividend | K | T | | | | | |
| 98. -Scripps Ntwk Interactive (common) | A | Dividend | | | Sold (part) | 07/28/17 | J | B | |
| 99. | | | | | Sold | 07/31/17 | J | B | |
| 100. - Starbucks Corp. (common) | A | Dividend | J | T | Buy | 03/09/17 | J | | |
| 101. - Toro Company (common) | A | Dividend | J | T | Sold (part) | 06/14/17 | J | A | |
| 102. - T. Rowe Price Group (common) | A | Dividend | | | Sold | 03/09/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - TJX Companies (common) | A | Dividend | K | T | | | | | |
| 104. - United Health Group (common) | A | Dividend | J | T | Sold (part) | 09/18/17 | J | D | |
| 105. - Doubleline Total Return Bond Fund Cl 1 | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 106. - Guggenheim ETF Bullet Shares 2017 Corp Bond Fund ETF | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 107. - Guggenheim ETF Bullet Shares 2018 Corp Bond ETF | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 108. -Guggenheim ETF Bullet Shares 2019 Corp Bond | A | Dividend | J | T | | | | | |
| 109. - Guggenheim ETF Bullet Shares 2020 Corp Bond | A | Dividend | J | T | | | | | |
| 110. -Guggenheim ETF Bullet Shares 2021 Corp Bond | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 111. -Guggenheim ETF Bullet Shares 2022 Corp Bond | A | Dividend | J | T | Buy (add'l) | 12/28/17 | J | | |
| 112. - Guggenheim ETF Bullet Shares 2023 Corp Bond | A | Dividend | J | T | Buy | 02/21/17 | J | | |
| 113. -IShares Core S&P ETF Midcap | A | Dividend | K | T | | | | | |
| 114. -IShares 3-7 Year Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 115. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 116. - PIMCO Income Fund Institutional Class | B | Dividend | K | T | Buy (add'l) | 02/21/17 | J | | |
| 117. - Vanguard Total Bond Fund Market ETF | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 118. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 119. - Vanguard Intl Equity Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Vanguard Total International Bond Fund | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 121.  - Vanguard REIT ETF | B | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 122. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 123.  - T. Rowe Price - Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 124.  U.S Savings Bonds Type E | A | Int./Div. | J | T | | | | | |
| 125.  Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 126.  Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 127.  Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 128.  Vanguard 500 Index IRA # 3 (H) | C | Dividend | N | T | | | | | |
| 129.  Fidelity Cal. Muni Market | A | Dividend | M | T | | | | | |
| 130.  Fidelity Puritan Mutual Fund | E | Dividend | N | T | | | | | |
| 131.  Fidelity Insured Deposit | A | Interest | O | T | | | | | |
| 132.  Schwab Adv. Cash Reserve | A | Dividend | J | T | | | | | |
| 133.  Vanguard Intl Equity Index | A | Dividend | J | T | | | | | |
| 134.  Novack Family LLC | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts: The 2015 financial disclosure report listed in IRA #2 funds known as the "Vanguard Intl Equity Index Fund" and the "Vanguard FTSE All World EX US ETF." These were duplicative entries. The 2016 disclosure report should have corrected this in IRA # 2 by listing this fund only as "Vanguard Intl. Equity Index." That correction was not made in Part VII of the 2016 disclosure report, and this report now reflects that holding only as "Vanguard Int. Equity Index." This fund is also held outside of the two IRAs, and the name for this fund is now consistent throughout this financial disclosure report.

Investments and Trusts: The 2016 disclosure report failed to state that IRA # 2 purchased Vanguard Total International Bond Fund" on February 16, 2016 ("J" amount). This report states that that holding was sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544